**United States District Court**
**Violation Notice**

CVB Location Code
AL34

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1729018 | Spengler | 492 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 6/2/09 6 25pm | 36 CFR 2.32(a)(1) |

Place of Offense
Katmai National Park and Preserve
Brooks Camp Developed Area

Offense Description
Interfere with Agency function

### DEFENDANT INFORMATION

Last Name
Ash

First Name
Amy    K.

### VEHICLE DESCRIPTION   VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ 200 _ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 225⁰⁰ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

To Be Announced

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature

Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 2, 2009 while exercising my duties as a law enforcement officer in the _ _ District of Alaska

See attached Statement.

The foregoing statement is based upon

✓ my personal observation    ✓ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 6/3/09    Franz O Spengler
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)    U S Magistrate Judge

CVB Scan 6/18/2009  16 40 06